UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO:

SANTO SAINTIL,

    Plaintiff,

vs.

UNITED STATES OF AMERICA and
JONATHAN LEE, individually,

    Defendants.

_____/

## COMPLAINT

COMES NOW the Plaintiff, **SANTO SAINTIL**, by and through his undersigned attorney, and sues the Defendants, **UNITED STATES OF AMERICA ("USA"), individually, and JONATHAN LEE, individually,** based upon the following allegations:

## JURISDICTION, PARTIES, AND VENUE

1. This is an action arising out of the Federal Tort Claims Act, Sections 2671 through 2680 of Title 28 of the United States Code. This Court is vested with jurisdiction pursuant to §1346(b) and §1402(b) of Title 28 of the United States Code.

2. This is an action for damages which exceed the sum of Seventy-Five Thousand Dollars ($75,000.00).

3. Plaintiff, **SANTO SAINTIL**, has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

4. Plaintiff, **SANTO SAINTIL**, is and at all times material hereto, was a resident of Orange County, Florida.

5. Defendant, **UNITED STATES OF AMERICA**, through its agency, US Forest Service and US Dept of Agriculture, is and at all times material hereto was doing business in Orange County, Florida.

6. JONATHAN LEE, was/is and, at all times material hereto, a resident of North Carolina.

7. Defendant, **UNITED STATES OF AMERICA**, including its directors, officers, operators, administrators, employees, agents, subcontractors, and staff at the United States Department of Agriculture- Forest Service, is/are hereinafter collectively referred as "USDA-Forest Service" and/or "United States of America."

8. Venue is proper in the United States District Court for the Middle District of Florida because a substantial part of the events or omissions giving rise to the claim occurred in said district.

## FACTUAL ALLEGATIONS

9. On March 15, 2023, an employee of the United States of America, Jonathan Lee, acting within the course and scope of his employment with the USDA-Forest Service was driving an automobile owned by EAN Holdings, but leased or rented by the Defendant.

10. Upon information and belief, on March 15, 2023, Jonathan Lee drove said vehicle on or about Interstate 4, in Orange County, Florida, and struck the vehicle in which Plaintiff, **SANTO SAINTIL**, was a passenger.

11. As a result of the motor vehicle crash Plaintiff, **SANTO SAINTIL**, suffered injuries and damages that are permanent and/or continuing in nature.

### COUNT I – NEGLIGENCE AGAINST UNITED STATES OF AMERICA

Plaintiff adopts and incorporates by reference the allegations set forth in Paragraphs 1 through 11 above.

12. Defendant, **UNITED STATES OF AMERICA**, as the owner or lessee of the vehicle driven by its employee, Jonathan Lee, was responsible for Jonathan Lee's negligent operation of the vehicle under Florida's dangerous instrumentality doctrine.

13. Jonathan Lee was an employee of the United States and/or the USDA-Forest Service and his operation of said vehicle was authorized and/or permitted by Defendant, **UNITED STATES OF AMERICA**, and therefore Defendant, **UNITED STATES OF AMERICA**, is responsible for Jonathan Lee's negligent operation of the vehicle pursuant to the doctrine of respondeat superior.

14. Pursuant to the doctrine of respondeat superior and Florida's Dangerous Instrumentality doctrine, Defendant, Jonathan Lee, is liable and responsible for the following:

   a. The acts, omissions, and negligence of Jonathan Lee, who was driving the vehicle with Defendant, UNITED STATES OF AMERICA's authorization, permission, and consent;

   b. The motor vehicle crash of March 15, 2023, described herein; and

   c. The injuries, damages and losses set for in the following paragraphs.

15. That as a direct and proximate result of the negligence of the Defendant, **UNITED STATES OF AMERICA**, the Plaintiff, **SANTO SAINTIL**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, loss of earnings, and/or loss of the ability to earn money. The losses are either permanent or continuing and the Plaintiff, **SANTO SAINTIL**, will suffer losses in the future.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, **SANTO SAINTIL**, demands judgment for damages against the Defendant, **UNITED STATES OF AMERICA**, and would further demand a trial by jury of all issues so triable. Specifically, Plaintiff moves this Court to grant judgment against Defendant, **UNITED STATES OF AMERICA**, as follows:

1. Plaintiff's economic damages including, but not limited to, medical expenses incurred in the past and medical expenses reasonably certain/likely to be incurred in the future;

2. Plaintiff's economic damages including, but not limited to, lost earnings and future loss of earnings/earnings capacity;

3. Non-economic damages to compensate Plaintiff for his pain and suffering in the past and his future pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a previously existing condition, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future; and

4. Costs and attorneys' fees incurred in this civil action, together with such further and additional relief at law or in equity that this Court may deem proper.

Dated this 11th day of March, 2025.

> SCHULER, WEISSER, ZOELLER,
> OVERBECK & BAXTER, P.A.
> Barristers Building, Suite 4-D
> 1616 Forum Place
> West Palm Beach, FL  33401
> Telephone:  (561) 689-8180
> Facsimile:  (561) 684-9683
> Attorneys for Plaintiff
>
> By: /s/ William Zoeller
>     William Zoeller
>     Florida Bar No.:  155233
>     wzoeller@shw-law.com
>     tcoffey@shw-law.com